# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:20-cr-48 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| LANEER MCKINNEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on December 19, 2023, setting forth one violation.[1] The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on December 27, 2023. The defendant admitted to the following violation:

1. Treatment Noncompliance; and

The magistrate judge filed a report and recommendation on December 27, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on January 12, 2024. Present were the following: Assistant United States Attorney Toni Beth Schnellinger,

---

[1]

representing the United States; Attorney Alvaro DeCola, representing the defendant; the defendant Laneer McKinney, and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

Additionally, on January 11, 2024, a Violation Report was filed setting for a second violation (in addition to the original violation), as follows:

2.  Illicit Substance Use.

The defendant waived his right to an evidentiary hearing and admitted to the second violation. Accordingly, the Court found the defendant in violation of his supervised released as set forth in violations 1 and 2.

Sentencing proceeded on both violations.

IT IS ORDERED that the defendant is committed to the custody of the Bureau of Prisons for a term of 8 months, with credit for time served to date. Following release from imprisonment, the defendant shall serve a term of supervised release of 2 years with the same terms and conditions as previously imposed.

**IT IS SO ORDERED**.

Dated: January 12, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**